# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: <br> ALEXIS ALEXANDRA CONNER <br><br> Debtor(s) | Case No. 18-09482 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/30/2018.

2) The plan was confirmed on 08/21/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/18/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,220.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,220.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,102.19 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $47.81 |
| Other | $70.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,220.00

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACE CASH EXPRESS | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 1,004.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 1,120.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 95.12 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| ANTERO CAPITAL LLC | Unsecured | 700.00 | 4,291.00 | 179.00 | 0.00 | 0.00 |
| AT&T SERVICES INC | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| CAROLYN O OLALEYE | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| CASH EXPRESS | Unsecured | 640.00 | 243.15 | 243.15 | 0.00 | 0.00 |
| CENTER FOR DENTAL EXCELLENCE | Unsecured | 481.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH OF KENTUCKY | Priority | 1,442.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 389.40 | NA | NA | 0.00 | 0.00 |
| DAWN WIETFELDT | Unsecured | 1,327.00 | NA | NA | 0.00 | 0.00 |
| DIRECT LOAN SERVICING SYSTEM | Unsecured | 25,500.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL ASSOCIATES | Unsecured | 600.00 | 900.00 | 900.00 | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE INC | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE INC | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE INC | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE INC | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE INC | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY UNDERWRITERS AGENCY | Unsecured | 863.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 1,533.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | NA | 1,533.00 | 1,533.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEWISH EMERGENCY DEPARTMENT | Unsecured | 476.00 | 483.14 | 483.14 | 0.00 | 0.00 |
| KENTUCKY AMERICAN WATER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| KENTUCKY DEPT OF REVENUE | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| KENTUCKY UTILITIES CO | Unsecured | 250.00 | 639.47 | 639.47 | 0.00 | 0.00 |
| MARK ROOME | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| MARK ROOME | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MICHELLE BLAZEK | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| MONEY LION | Unsecured | 805.98 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 3,455.00 | 3,455.02 | 3,455.02 | 0.00 | 0.00 |
| NIPSCO | Unsecured | 350.00 | 125.64 | 125.64 | 0.00 | 0.00 |
| NORTON HEALTHCARE | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| NORTON HEALTHCARE | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| NORTON HEALTHCARE | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| NORTON HEALTHCARE | Unsecured | 7.00 | 257.00 | 257.00 | 0.00 | 0.00 |
| NORTON HEALTHCARE | Unsecured | 726.00 | 404.60 | 404.60 | 0.00 | 0.00 |
| NORTON HEALTHCARE | Unsecured | 46.00 | 670.60 | 670.60 | 0.00 | 0.00 |
| NORTON HEALTHCARE | Unsecured | 1,726.69 | 1,726.69 | 1,726.69 | 0.00 | 0.00 |
| ONE ADVANTAGE LLC | Unsecured | 607.00 | NA | NA | 0.00 | 0.00 |
| PENDRICK APITAL PARTNERS | Unsecured | 1,103.00 | NA | NA | 0.00 | 0.00 |
| PHOENIX FINANCIAL SERVICES | Unsecured | 1,103.00 | NA | NA | 0.00 | 0.00 |
| PS FINANCE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| RIVER LINK | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| SHAYLA GARRETT-HAUSER | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| SOUTHEASTERN EMERGENCY PHYS | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| UNIV OF CHICAGO MEDICINE | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF KENTUCKY | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF KENTUCKY | Unsecured | 7,716.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 38,569.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | $10,617.31 | $0.00 | $0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,220.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,220.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/29/2018                    By: /s/ Tom Vaughn
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**